AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:11-cr-02729-JGZ |
| Yvette Sandra Mendivil-Redondo ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yvette Sandra Mendivil-Redondo                                                                              .

Date:     08/08/2024

s/Francisco Leon
*Attorney's signature*

Francisco Leon # 006578
*Printed name and bar number*
8987 E. Tanque Verde Rd., #309-432
Tucson, Arizona 85749

*Address*

azcrimlaw@gmail.com
*E-mail address*

(520) 465-3000
*Telephone number*

(520) 395-9495
*FAX number*